**Steven Lynn DANE, Plaintiff–Appellant,**

v.

**Linda Diane HAGERTY, Defendant–Respondent.**

No. 73677.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 22, 1998.

M. Dwight Robbins, Fredericktown, for appellant.

Donald J. Hager, Farmington, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Steven Lynn Dane (Father) appeals from the trial court's judgment dismissing his Petition for Declaration of Non–Existence of Father–Child Relationship.

"The law is settled that father is collaterally estopped from denying his paternity of the child[ ] because the issue of paternity was established by the decree of dissolution which is now final." *Love v. Love*, 809 S.W.2d 481, 481 (Mo.App. E.D.1991). We find *Love* dispositive of this appeal.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).